**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 5:26-mj-51 (CHW)** |
| **EDWIN MORALES,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER ON MOTION TO CONTINUE TRIAL**

Before the Court is the Government's Unopposed Motion to Continue Trial [Doc. 12] wherein the Government requests a continuance of the pretrial hearing previously scheduled for September 21, 2026. The Defendant does not oppose a continuance. Defendant is charged in an information with transporting a firearm on a defense installation in violation of security regulations, and he was arraigned on May 19, 2025.

In the Motion, the Government represents that the parties have been pursuing a resolution of this case by pretrial diversion. The Court finds that it is in the interests of justice to allow the parties additional time to pursue this resolution. Failure to grant a continuance could result in a miscarriage of justice.

Accordingly, Defendant's Motion to Continue Trial [Doc. 12] is **GRANTED**, and it is hereby ordered that the pretrial hearing in this case be continued to November

23, 2026, at 9:30 a.m., with trial to be scheduled as necessary thereafter. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED**, this 18th day of September, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge